TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Deon Deanjelo Hunter,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Justice – Federal Bureau of Investigations,<br><br>Defendant. | Case No. 2:25-cv-001768-ART-BNW<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and LR 26-3 of the Local Rules of Practice of the U.S. District Court for the District of Nevada, Plaintiff, Deon Deanjelo Hunter, and Defendant United States Department of Justice ("United States"), through respective undersigned counsel, hereby request a 60-day extension of the remaining discovery deadlines, which is supported by grounds and circumstances set forth below. The parties have conducted discovery diligently and in good faith. This is the second request for an extension of the discovery deadlines.

Good cause exists to extend discovery deadlines to permit the Defendant to gather a complete copy of Plaintiff's medical records, including imaging, as well as allow experts time to complete their reports following the inspection of the Government vehicle and the Plaintiff's deposition on which were conducted on August 13, 2026.

//

## I. BRIEF STATEMENT OF THE CASE

On September 19, 2025, Plaintiff, Deon Deanjelo Hunter filed a complaint alleging causes of action under the Federal Tort Claims Act, 28 USC 2671. ECF No. 1. Defendant timely filed its answer on February 10, 2026. ECF No. 5.

The Court granted the parties stipulated discovery plan to extend deadlines and set the deadlines below. ECF No. 9.

| Scheduled Event | Date of Current Deadlines |
|---|---|
| Amend Pleadings/Add Parties | Closed |
| Initial Expert Disclosures | August 31, 2026 |
| Rebuttal Expert Reports | October 2, 2026 |
| Discovery Cut Off | November 2, 2026 |
| Dispositive Motions | November 30, 2026 |

If dispositive motions are filed, the joint pre-trial order would be due 30 days after a decision on such motions. Disclosures under Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

## II. STATEMENT OF DISCOVERY

### A. Discovery and other matters completed to date

Plaintiff served their initial disclosures on March 13, 2026. Defendant served their initial disclosures on March 30, 2026.

On March 24, 2026, Plaintiff served her first sets of interrogatories, requests for production and requests for admission to Defendant. Defendant filed their reply on April 30, 2025.

On May 15, 2026, Defendants served their first sets of interrogatories, requests for production and requests for admission to Defendant. Plaintiff filed their reply on June 30, 2026.

On August 4, 2026, Special Agent Steven Baxter, the driver of the Defendant vehicle

was deposed by Plaintiff.

On August 13, 2026, Plaintiff was deposed by Defendant.

On August 21, 2026, Defendant performed an examination of Defendant's vehicle.

**B. Discovery that remains to be completed**

a. Defendant to gather a complete copy of Plaintiff's medical records and obtain additional authorizations based upon deposition testimony.

b. Defendants to provide transcripts to experts regarding depositions to ensure a complete report.

c. Expert Reports and Rebuttal Reports.

d. Depositions of Experts.

**C. Reasons why discovery has not been completed**

This extension is requested to allow Defendant to gather a complete copy of Plaintiff's medical records, including imaging, which are crucial for its Expert's reports and defending the case. It is also necessary to allow the experts to prepare their reports after the inspection of the Government vehicle and the Plaintiff's deposition on which were conducted on August 13, 2026. Additional impeding factors are the staffing shortages at the USAO-Nevada, along with an influx of habeas immigration cases.

**D. Proposed revised discovery schedule**

An extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| Scheduled Event | Current Deadline | **Proposed Deadline** |
|---|---|---|
| Amend Pleadings/Add Parties | Closed | **Closed** |
| Initial Expert Disclosures | August 31, 2026 | **October 30, 2026** |
| Rebuttal Expert Reports | October 2, 2026 | **December 1, 2026** |
| Discovery Cut Off | November 2, 2026 | **January 4, 2027** |
| Dispositive Motions | November 30, 2026 | **January 29, 2027** |
| Joint Pretrial Order | December 30, 2026 | **March 1, 2027** |

If dispositive motions are filed, the joint pre-trial order would be due 30 days after a decision on such motions. Disclosures under Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

**III. STATEMENT OF GOOD CAUSE**

Under Local Rule 26-3, "[a] motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must . . . be supported by a showing of good cause for the extension." *See also* Fed. R. Civ. P. 16(b)(4). The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The parties contend that good cause is met here to extend the discovery deadlines. This is the parties second request for the extension.

Respectfully submitted this 24th day of August 2026.

MAIER GUTIERREZ & ASSOCIATES

*/s/ John M. Quinn, Esq.*
JOHN M. QUINN, ESQ.
Nevada Bar No. 16609
JOSEPH A. GUTIRREZ ESQ.
Nevada Bar No. 9046
DANIELLE A. TARMU, ESQ.
Nevada Bar No. 11727
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorney for Plaintiff*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 25, 2026